ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2013 AUG 13 PM 2:55

CLERK C Adcew
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | |
|---|---|
| REGINALD JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CV 313-047 |
| TELFAIR STATE PRISON, | ) |
| Defendant. | ) |

## ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 5). Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Plaintiff's complaint is **DISMISSED**, his request to proceed *in forma pauperis* is **DENIED** (doc. no. 2), and this civil action is **CLOSED**. If Plaintiff wishes to proceed with the claims raised in this lawsuit, he must initiate a new lawsuit, which would require submission of a new complaint. Dupree v. Palmer, 284 F.3d 1234, 1236 (11th Cir. 2002) *(per curiam)*.

SO ORDERED this 13th day of August, 2013, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE